UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR RIOS, | ) | No. CV 08-06940-PA (VBK) |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| PEOPLE OF THE STATE OF | ) | PETITION FOR WRIT OF HABEAS |
| CALIFORNIA, et al., | ) | CORPUS |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition to the Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) Respondents' Motion to Dismiss is granted; and (3) Judgment be entered dismissing the Petition with prejudice.

DATED: _____May 13, 2009_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE